IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| Farm Credit Leasing Services Corporation, | Case No.: CV-18-56-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| Frank Raymond Fairbanks, | |
| Defendant. | |

UPON REVIEW of Plaintiff's Motion to Vacate Hearing, and good cause appearing; IT IS ORDERED that the show cause hearing currently set for August 2, 2018 at 2:00 p.m. is hereby VACATED.

Dated this 16th day of July, 2018.

Brian Morris
United States District Court Judge