# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| Farm Credit Leasing Services Corporation,<br><br>        Plaintiff,<br>v.<br><br>Frank Raymond Fairbanks,<br><br>        Defendant. | Case No.: CV-18-56-GF-BMM<br><br><br>**JUDGMENT** |

In this action, the Court, having reviewed Plaintiff's Motion for Deficiency Judgment filed December 18, 2018, along with Defendant's executed Confession of Judgment dated December 12, 2018 attached thereto;

IT IS ORDERED, ADJUDGED AND DECREED and judgment is entered in favor of the Plaintiff against Frank Raymond Fairbanks in the amount of $15,481.31 subject to the terms and conditions as set forth in the Confession of Judgment dated December 12, 2018, to wit:

If Defendant pays $15,481.31 to Plaintiff on or before October 1, 2019, then Plaintiff shall satisfy the Judgment. If Defendant fails to pay the entire sum by October 1, 2019, then this Judgment shall bear interest from and after November 1, 2018 at the federal judgment rate and Plaintiff shall be entitled to apply to the

Court for an award of its attorney's fees and costs incurred in the pursuit of this action.

Dated this 26th day of December, 2018.

_____
Brian Morris
United States District Court Judge